IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE DADDY' DELI OF BALTIMORE HARBOR, INC., : Debtor | |
| DADDY's DELI OF BALTIMORE HARBOR, INC., Appellant | CIVIL NO. 00-1366 |
| v. | BANKRUPTCY CASE NO. 00-5-1254-SD |
| HARBOR PLACE ASSOCIATES LIMITED PARTNERSHIP, Appellee | |

...oOo...

ORDER

The file of this bankruptcy appeal was opened by the clerk in error and is wholly duplicative of the proceedings Civil No. AMD 00-1151. For the reasons set forth in the Memorandum Opinion in Civil No. AMD 00-1151, it is this 31st day of July, 2000, by the United States District Court for the District of Maryland, ORDERED

(1)   That the order of the U.S. Bankruptcy Court for the District of Maryland BE, and the same hereby IS, AFFIRMED; and it is further ORDERED

(2)   That the Clerk shall CLOSE this case and TRANSMIT a copy of this Order to the attorneys of record in this case and to the Clerk of the Bankruptcy Court for this District.

ANDRÉ M. DAVIS
United States District Judge